Peggy Lee **WILLIAMS** a/k/a Peggy Lee **Goins, Appellant,**

v.

Martha Ann **PAYNE** a/k/a Martha Ann **Moench, Respondent.**

No. 43698.

Missouri Court of Appeals,
Eastern District,
Division One.

April 26, 1983.

Motion for Rehearing and/or Transfer Denied July 6, 1983.

Application to Transfer Denied Aug. 16, 1983.

Charles J. McMullin, St. Louis, for appellant.

Gregg W. Keegan, Anthony Gioia, St. Louis, for respondent.

ORDER

PER CURIAM.

Appeal from verdict against plaintiff-daughter in the contest of her mother's will. The trial court's judgment is affirmed pursuant to Rule 84.16(b).